Form summon (07/09)

# United States Bankruptcy Court
## Western District of Michigan
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| IN RE: Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>**Patrick J Walker**<br><br>*Debtor*<br><br>**Fernanda Quintanilha**<br>**Eric Cordeiro Spinetti**<br>**S.R. Matta**<br><br>*Plaintiff*<br><br>**Patrick J Walker**<br><br>*Defendant* | Case Number 19-03843-jwb<br><br>Adv. Pro. No. 19-80129-jwb<br><br>Chapter 7<br><br>Honorable James W. Boyd |
|---|---|

## SUMMONS IN AN ADVERSARY PROCEEDING

**YOU ARE SUMMONED and** required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court 30 (thirty) days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

Address of Clerk:

Michelle M. Wilson, Clerk of Court
United States Bankruptcy Court
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's
Attorney:

Jeffrey Steinport
Steinport Law PLC
38 Fulton St West
Ste 410
Grand Rapids, MI 49503

If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date Issued:   December 3, 2019

**Clerk of the Bankruptcy Court**
s/ Michelle M. Wilson



# CERTIFICATE OF SERVICE

I, __Jeff Steinport_____, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __12/3/2019_____ by:

__X__ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Patrick James Walker  
2717 Mulford Dr SE  
Grand Rapids, MI 49546

Anthony Abueita  
703 South Grand Traverse Ave  
Flint, MI 48502

___ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

___ Residence Service: By leaving the process with the following adult at:

___ Publication: The defendant was served as follows: [Describe briefly]

___ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

Under Penalty of perjury, I declare that the foregoing is true and correct.

Date: __12/3/2019_____   Signature: _____/s/_____

Print Name: __Jeff Steinport_____

Business Address: __38 Fulton St W Ste 410_____

City: __Grand Rapids_____ State: __MI_____ Zip: __49503__