FILED

2020 JAN -6 PM 1:37

MICHELLE M. WILSON, CLERK
U.S. BANKRUPTCY COURT
WESTERN DIST. OF MICHIGAN

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

PATRICK JAMES WALKER                Case No 19-03843-jwb
Debtor.                             Chapter 7
                                    Hon James W. Boyd

ERIC CORDEIORO SPINETTI
S.R. MATTA and FERNANDA QUINTANIHA,
  Plaintiffs.
v.                                  Adversary Proceeding No 19-80129

PATRICK JAMES WALKER,
        Defendant.

## ANSWER TO COMPLAINT

I am not an attorney. I am answering this complaint. I plan to hire an attorney for any other proceedings. I was distraught during the trial in this civil complaint. I never defrauded the plaintiffs.

I sold the Plaintiffs a vehicle. They admitted during the trial that the car ran and drove fine with no problems when they purchased it. They admitted that they would have purchased the car knowing I did body work and put an alternator and starter on the car. They drove the car for a week and say it wouldn't start one day. They had a friend come over and repeatedly try to start the car. Sometime after they purchased and drove this car the manifold intake cracked.  When the Plaintiffs purchased the car it did not have a cracked manifold intake. I

saw pictures that they used as exhibits. When the Plaintiffs purchased the car I wrote them a receipt and stated the car was being sold, " As Is" . Fernanda admitted at the trial I wrote her a receipt. She also admitted she would have purchased this car knowing I had done the minor repairs to it. When asked on the stand if she would have purchased the car knowing I had done repairs she said yes. Plaintiff's attorney then re phrased the question and she said no. I objected. The objection was denied. It was at this point that I could see where the trial was headed.

    I have never been in the business of selling cars. I paid taxes on every car I have purchased. The Plaintiffs lied on their application for a Michigan Title claiming they paid $200 for this car. That is Fraud ! Plaintiffs defrauded the state of Michigan on the amount that they purchased the car for. How are they telling the truth about everything else ? They claim I told them to do that. That is not true. I didn't sell 15 cars in 2017 or 2018.

    I had a friend of mine post the car on craigslist. This car had 186,000 miles on it and was 15 years old. Nothing fraudulent was done to sell this car. Plaintiffs drove and inspected this car .Plaintiffs had opportunity to have a mechanic inspect this car before purchasing it. I didn't write the ad on Facebook. My friend wrote in the ad it was a wife's daily driver. Upon seeing the ad I had him change it. That is the

only thing the Plaintiffs and their attorney have to say negative about the ad on craigslist.

When I met the Plaintiffs, I showed them my driver's license. Showed them how to check the VIN # to the car. I also informed them about Carfax to check a vehicle's history. My name was on the title. I never pretended to be anyone but Patrick Walker. Plaintiffs tried to contact my friend after the car wouldn't start. He had deleted their conversation. Plaintiffs sent me a letter. The letter was at the address I met them at. I didn't respond. They made claims that the manifold was cracked when they bought the car. If the letter would have had a different tone to it I may have responded. When selling a used car, there aren't any promises the seller will meet back up with you if you have a problem. There aren't any laws promising future conversations between seller and purchaser.

The car was sold as is. Plaintiffs bought this car. Drove it for a week. Plaintiffs had problem starting car. Instead of consulting a mechanic, they had a friend repeatedly try and start the car blowing up the intake. When purchasing a used car from a private owner, your money will not be refunded after driving a car for a week. Only God knows what this car was exposed to or how it was driven during that week before they began to have problems.

I have never been in business. My Bankruptcy filing is legitimate. I sold a used car to plaintiffs. Plaintiff's attorney has made this claim about an imaginary car salesman. He doesn't exist.

WHEREFORE, Defendant respectfully request this Court dismiss this complaint.

Respectfully submitted

*[signature: Patrick Walker]*

PATRICK JAMES WALKER
2717 MULFORD DR
GRAND RAPIDS Mi 49546

Dated: January 3, 2020

I Patrick James Walker, did mail the Answer to Complaint 19-03843 in the United States mail on January 3, 2020 to

Jeff Steinport

STEINPORT LAW

38 Fulton St W Ste 410

Grand Rapids MI 49503

I declare that the above statements are true to the best of my information , knowledge and belief.

Dated : January 3, 2020          _____