Form JDG10 (10/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>　**Patrick J Walker**<br><br>　　　　　　　　　　　　　　　　**Debtor**<br><br>　**Fernanda Quintanilha**<br>　**Eric Cordeiro Spinetti**<br>　**S.R. Matta**<br><br>　　　　　　　　　　　　　　　　**Plaintiff**<br><br>　**Patrick J Walker**<br><br>　　　　　　　　　　　　　　　　**Defendant** | **Case Number 19−03843−jwb**<br><br>**Adv. Pro. No. 19−80129−jwb**<br><br>**Chapter 7**<br><br>**Honorable James W. Boyd** |

## NOTICE OF PRETRIAL CONFERENCE

　YOU ARE HEREBY NOTIFIED THAT A pretrial conference will be held on the above−entitled adversary proceeding before the Honorable James W. Boyd on **February 6, 2020** , at **02:00 PM** at the United States Bankruptcy Court, One Division Ave., N., 3rd Floor, Courtroom B, Grand Rapids, MI 49503 .

　The following matters will be considered: (1) The necessity or desirability of amendments to the pleadings; (2) The possibility of obtaining admissions of fact; (3) The scope, extent and time permitted for discovery; (4) the simplification of the issues; (5) The exchange of exhibits and stipulations as to admissibility to avoid unnecessary proof; (6) The prospects of settlement; (7) a trial date will be set; (8) Such other matters as may aid in the disposition of the action.

　At the conclusion of the pretrial conference, the court will issue a pretrial order which will control the litigation procedures in this adversary proceeding unless modified at trial to prevent manifest injustice.

　NOTICE IS HEREBY GIVEN THAT THE COURT MAY, in its discretion, orally continue or adjourn the above hearing on the record in open court. If this occurs, parties in interest will not be given further written notice of the continued or adjourned hearing. If an entity is not present at the originally scheduled hearing, information regarding the time, date and place of an orally continued or adjourned hearing may be accessed through the Bankruptcy Court's web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the clerk's office of the United States Bankruptcy Court located at One Division Avenue, N., 2nd Floor, Grand Rapids MI 49503. Information about a PACER login and password may be obtained by either calling PACER service center between 8:00 a.m. and 6:00 p.m. Monday through Friday, CST at (800) 676−6856 or via its web site at http://pacer.psc.uscourts.gov



　　　　　　　　　　　　　　　　　　　　　Michelle M. Wilson
　　　　　　　　　　　　　　　　　　　　　CLERK OF BANKRUPTCY COURT

**Dated:** January 10, 2020　　　　　　　　　　/S/_____
　　　　　　　　　　　　　　　　　　　　　J. Koerth
　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Notice forwarded to noticing center for service upon the following parties on January 10, 2020 :
Jeffrey Steinport and Defendant