UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
_____

In re:

PATRICK J. WALKER,

    Debtor.
_____/

Case No. BG 19-03843
Chapter 7

ERIC CORDEIRO SPINETTI S.R. MATTA &
FERNANDA QUINTANILHA,

    Plaintiffs,

-vs-

PATRICK J. WALKER,

    Defendant.
_____/

Adversary Proceeding
No. 19-80129

### SECOND ORDER EXTENDING DEADLINES, POSTPONING REFERRAL TO ADR PROGRAM, AND ADJOURNING PRETRIAL CONFERENCE

    PRESENT:    HONORABLE JAMES W. BOYD
                            United States Bankruptcy Judge

        On March 17, 2020, this court entered a Second Pretrial Order in the above-captioned adversary proceeding. Pursuant to the Second Pretrial Order, the parties were to engage in good faith settlement negotiations until March 20, 2020. If the parties were unable to reach a settlement on their own, the court was to enter an order referring the adversary proceeding to the court's Alternative Dispute Resolution Program (the "ADR Program") as of March 23, 2020. The Second Pretrial Order also scheduled a Third Pretrial Conference for April 30, 2020, in the event that facilitative mediation was not successful.

        After entry of the Second Pretrial Order, the COVID-19 national emergency and the Executive Order issued by Governor Gretchen Whitmer made it difficult, if not impossible, for the parties to participate in facilitative mediation as contemplated by the Second Pretrial Order. Accordingly, on March 24, 2020, the court entered an order extending the deadlines in the pretrial order, postponing referral of this proceeding to the ADR Program, and adjourning the Third Pretrial Conference. The court has reviewed the deadlines in the prior order and has determined to extend them a second time.

NOW, THEREFORE, IT IS HEREBY ORDERED as follows:

1. The parties shall continue to engage in good faith settlement negotiations, to the extent possible, until June 12, 2020.  If the parties are unable to reach a settlement of this adversary proceeding on their own, the court will enter an order referring this proceeding to the court's ADR Program as of **June 15, 2020**.

2. The Third Pretrial Conference in this adversary proceeding is adjourned to **July 23, 2020,** at **1:00 p.m.**  The adjourned pretrial conference shall be held at the United States Bankruptcy Court, One Division Ave. North, 3rd Floor, Courtroom B, **Grand Rapids**, Michigan.

3. If facilitative mediation is not successful, the parties shall meet at least once in person or telephonically prior to the Third Pretrial Conference for a Rule 7026(f) conference.  The parties shall file with the court a report, signed by all parties, outlining the discovery plan by no later than **July 20, 2020**.

4. The deadlines in this order may be extended further as the COVID-19 public health crisis continues to develop.  The parties should consult the court's website, https://www.miwb.uscourts.gov/covid-19-notices, for information concerning court operations and appearances during the COVID-19 national emergency.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon:

Jeffrey Steinport, Esq.

Patrick J. Walker
2717 Mulford Dr. S.E.
Grand Rapids, MI 49546

**END OF ORDER**

**IT IS SO ORDERED.**

**Dated May 4, 2020**

James W. Boyd
United States Bankruptcy Judge