UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

In re:                                                      Case No. BG 19-03843
                                                            Chapter 7
PATRICK J. WALKER,

    Debtor.
_____/

FERNANDA QUINTANILHA and
ERIC CORDEIRO SPINETI S.R. MATTA,
                                                            Adversary Proceeding
    Plaintiff,                                            No. 19-80129

-vs-

PATRICK J. WALKER,

    Defendant.
_____/

**ORDER REFERRING ADVERSARY PROCEEDING TO
ALTERNATIVE DISPUTE RESOLUTION PROGRAM**

PRESENT:   HONORABLE JAMES W. BOYD
United States Bankruptcy Judge

    Pursuant to the court's Second Order Extending Deadlines, Postponing Referral to ADR Program, and Adjourning Pretrial Conference (Dkt. No. 13), the court has determined that this adversary proceeding shall be referred to this court's Alternative Dispute Resolution Program (the "ADR Program"). See Local Bankruptcy Rules 9019-1 through 9019-23.

    NOW THEREFORE IT IS HEREBY ORDERED that:

1. This adversary proceeding is referred to the court's ADR Program.

2. The parties shall comply with all provisions of LBR 9019-1 through 9019-23.

3. In accordance with LBR 9019-9, the parties shall mutually agree upon the selection of Neutral(s), and the Plaintiff shall file a Notice of Selection of Neutral(s), within fourteen (14) days after entry of this referral order. The court's list of approved Neutrals is available at: http://www.miwb.uscourts.gov/forms/list-qualified-neutrals. If the parties cannot agree or fail to timely file a Notice of Selection of Neutral(s), the ADR Administrator shall randomly select the Neutral(s).

4. Given the Covid-19 health emergency, the court understands that counsel and parties may not be able to personally meet with each other and/or the designated neutral (mediator), or physically appear at the mediation conference.   As an alternative, the court encourages participation by videoconferencing and, if appropriate and requested by the mediator, will waive personal attendance required by LBR 9019-14 if the parties appear by videoconferencing.

5. Pursuant to LBR 9019-10, the assignment of this adversary proceeding to the ADR Program shall act to stay discovery.  Any party may file a motion seeking to proceed with discovery.

6. The third pretrial conference, previously scheduled for July 23, 2020, at 1:00 p.m., is ADJOURNED to **September 3, 2020 at 1:00 p.m.**  The adjourned pretrial conference shall be held at the <u>United States Bankruptcy Court, One Division North, Courtroom B, Grand Rapids, Michigan</u>.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon:

Jeffrey R. Steinport, Esq.
Patrick J. Walker, 2717 Mulford Dr., SE, Grand Rapids, Michigan 49546

END OF ORDER

**IT IS SO ORDERED.**

**Dated June 16, 2020**



James W. Boyd
United States Bankruptcy Judge