UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re:<br><br>PATRICK J. WALKER,<br><br>    Debtor.<br>_____/<br><br>FERNANDA QUINTANILHA and<br>ERIC CORDEIRO SPINETTI S.R. MATTA,<br><br>    Plaintiffs,<br><br>-vs-<br><br>PATRICK J. WALKER,<br><br>    Defendant.<br>_____/ | Case No. BG 19-03843<br>Chapter 7<br><br><br><br><br><br>Adversary Proceeding<br>No. 19-80129 |

## ORDER SELECTING NEUTRAL MEDIATOR

Pursuant to the Order Referring Adversary Proceeding to Alternative Dispute Resolution Program (Dkt. No. 15) and in accordance with LGenR 9019-9(f) (W.D. Mich.), the ADR Administrator has randomly selected a Neutral Mediator.

IT IS HEREBY ORDERED that:

Norman Witte, Esq.
Witte Law Offices PLLC
119 E. Kalamazoo Street
Lansing, MI  48933-2111
(517) 913-5104
ncwitte@wittelaw.com

be, and hereby is, the Neutral Mediator for the above adversary proceeding.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to FED. R. BANKR. P. 9022 and LBR 5005-4 upon:

Jeffrey Steinport, Esq.
Patrick J. Walker
Norman Witte, Esq.

**IT IS SO ORDERED.**



**Dated July 1, 2020**

James W. Boyd
United States Bankruptcy Judge