**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| In re: | Case No 19-03843-jwb |
| PATRICK JAMES WALKER, | Chapter 7 |
|     Debtor. | Hon. James W. Boyd |
| _____ | |
| ERIC CORDEIRO SPINETTI S. R. MATTA and FERNANDA QUINTANILHA, | |
|     Plaintiffs, | Adversary Proceeding No 19-80129 |
| v. | |
| PATRICK JAMES WALKER, | |
|     Defendant. | |
| _____/ | |

**REQUEST FOR ADJOURNMENT**

Plaintiffs and Defendant are in the process of settling this case and have made substantial progress. The parties need additional time to finalize the details, therefore they are asking the Court to adjourn the hearing scheduled in this case on September 3, 2020, for at least 30 days.

Counsel for the Plaintiffs has obtained the consent and agreement of the Defendant to file this request for adjournment.

Dated: 8/26/2020 /s/Jeff Steinport
Jeff Steinport (P76401)
Attorney for the Plaintiffs
Steinport Law PLC
38 Fulton St W Ste 400
Grand Rapids, MI 49503
616-293-5056
j@sl.je