UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
_____

In re:                                                                                  Case No. BG 19-03843
                                                                                        Chapter 7
PATRICK J. WALKER,

    Debtor.
_____/

FERNANDA QUINTANILHA and
ERIC CORDEIRO SPINETTI S.R. MATTA,
                                                                                        Adversary Proceeding
    Plaintiffs,                                                          No. 19-80129

-vs-

PATRICK J. WALKER,

    Defendant.
_____/

### ORDER ADJOURNING PRETRIAL CONFERENCE

PRESENT:   HONORABLE JAMES W. BOYD
                        United States Bankruptcy Judge

On August 26, 2020, the parties in the above adversary proceeding filed a Request for Adjournment of the Third Pretrial Conference, which was previously scheduled for September 3, 2020. (AP Dkt. No. 19.) The request was filed by counsel for Eric Cordeiro Spinetti S.R. Matta and Fernanda Quintanilha (the "Plaintiffs"). However, it indicates that counsel "obtained the consent and agreement" of Patrick J. Walker (the "Defendant") prior to filing the request. The court has reviewed the request and will adjourn the pretrial conference.

NOW, THEREFORE, IT IS HEREBY ORDERED that the third pretrial conference, previously scheduled for September 3, 2020 is ADJOURNED to **October 22, 2020** at **1:00 p.m**. The adjourned pretrial conference shall be held at the United States Bankruptcy Court, One Division North, Courtroom B, Grand Rapids, Michigan.

*The parties should consult the court's website, [https://www.miwb.uscourts.gov/covid-19-notices](https://www.miwb.uscourts.gov/covid-19-notices), for information concerning court operations and appearances during the COVID-19 national emergency.*

      IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon:

Jeffrey R. Steinport, Esq.

Patrick J. Walker
2717 Mulford Dr., S.E.
Grand Rapids, Michigan 49546

END OF ORDER

**IT IS SO ORDERED.**

**Dated August 28, 2020**



James W. Boyd
United States Bankruptcy Judge