UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:                                                              Case No 19-03843-jwb

PATRICK JAMES WALKER,                                               Chapter 7

    Debtor.                                                       Hon. James W. Boyd

_____

ERIC CORDEIRO SPINETTI S. R.
MATTA and FERNANDA QUINTANILHA,

    Plaintiffs,                                                   Adversary Proceeding No 19-80129

v.

PATRICK JAMES WALKER,

    Defendant.

_____/

## NOTICE OF STIPULATED DISMISSAL

Plaintiffs and Defendant have settled this case and therefore stipulate to the dismissal of the Plaintiffs' complaint with prejudice.

Dated: 1/11/2021

| | |
|---|---|
| /s/Jeff Steinport | /s/ Patrick Walker (with permission) |
| Jeff Steinport (P76401) | Patrick Walker |
| Attorney for the Plaintiffs | Defendant *Pro Se* |
| Steinport Law PLC | 2717 Mulford Dr SE |
| 38 Fulton St W Ste 400 | Grand Rapids, MI 49546 |
| Grand Rapids, MI 49503 | 616-299-4343 |
| 616-293-5056 | |
| j@sl.je | |

1